[No. 74406-2-I.   Division One.   April 24, 2017.]

MARIAN LANDA, *Respondent*, v. HAELLEN HOLIDAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-27936-0, Beth M. Andrus, J., entered November 30, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Leach and Spearman, JJ.

[Nos. 74416-0-I; 74692-8-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD DAVID GOSNEY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 14-1-04849-8, Julie A. Spector, J., entered November 19, 2015. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Appelwick and Schindler, JJ.

[No. 74418-6-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. THAVY KONG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02093-1, Jeffrey M. Ramsdell, J., entered November 2, 2015. *Affirmed* by unpublished opinion per Mann, J., concurred in by Becker and Schindler, JJ.

[No. 74468-2-I.   Division One.   April 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE DUNBAR SMALLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-05170-5, James D. Cayce, J., entered November 24, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Schindler, J.